UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN SINDELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-854

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for an award of attorney fees pursuant to 42 U.S.C. § 406(b) (ECF No. 29). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 23, 2019, recommending that this Court grant in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 42) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for an award of attorney fees pursuant to 42 U.S.C. § 406(b) (ECF No. 29) is GRANTED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of three thousand, sixty dollars ($3,060.00).

Dated: May 8, 2019

                                                                          /s/ Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge